UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mario Lamont Williams**    **Docket No. 5:19-CR-174-1D**

**Petition for Action on Supervised Release**

COMES NOW Marisa D. Anthony, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mario Lamont Williams, who, upon an earlier plea of guilty to Possession of Firearm by a Felon, 18 U.S.C. §922(g)(1), 18 U.S.C. §924(a)(2) and Possession With Intent to Distribute a Quantity of Marijuana, 21 U.S.C. §841(a)(1), 21 U.S.C. §841(b)(1)(D), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 9, 2019, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mario Lamont Williams was released from custody on June 17, 2021, at which time the term of supervised release commenced.

On July 9, 2021, a violation report was filed due to the new criminal conduct of Resist/Delay/Obstruct Public Officer Discharge Duties and Simple Possession of Schedule VI Controlled Substance in Wake County, North Carolina. It was requested that no court action be taken. The court concurred with this decision.

On August 19, 2021, a violation report was filed due to the defendant testing positive for an illegal controlled substance. It was requested that no court action be taken at this time. The defendant was to be placed into substance abuse treatment and continue to participate in the Surprise Urinalysis Program. The court concurred with this decision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 26, 2021, the defendant submitted a urine sample that returned positive from the national lab for marijuana on September 4, 2021. On September 1, 2021, the defendant committed the new criminal conduct of Possession of more than one-half ounce of marijuana but not more than one and one-half ounces (citation: J481273) in Wake County, North Carolina. Since the above violations occurred, the defendant has tested negative for all illegal substances on August 31, 2021, September 2, 2021, and September 14, 2021. The defendant has also reengaged himself in substance abuse treatment at First Step Services. As a result of the defendant's noncompliance, it is recommended the defendant be placed on Location Monitoring for a period of 30 days. The probation office will continue to monitor the defendant's participation in substance abuse treatment and the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Mario Lamont Williams
Docket No. 5:19-CR-174-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Marisa D. Anthony
Marisa D. Anthony
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: September 17, 2021

### ORDER OF THE COURT

Considered and ordered this __20__ day of __September__, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge